# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK DUNN, HOPE ELLY,** and **CHRISTOPHER THORNTON,**        Plaintiffs, <br><br> v. <br><br> **TANGER PROPERTIES LIMITED PARTNERSHIP,** and **COROC/RIVIERA, LLC,**        Defendants. | CIVIL ACTION NO. <br><br> 1:16-cv-00534-CG-M |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Patrick Dunn, Hope Elly, and Christopher Thornton, and Defendants Tanger Properties Limited Partnership and Coroc/Riviera, LLC, hereby notify the Court that the case has been resolved. The parties anticipate finalizing the documentation shortly.

Respectfully Submitted, this the 16th Day of June, 2017.

/s/ *L. Landis Sexton*
**L. Landis Sexton**
BPR # AL-5057N71L
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.819.4032 f
LLS@ADA-Firm.com
*Attorney for the Plaintiffs*

/s/ *Jason R. Watkins*   *(by express permission)*
**Jason R. Watkins**
Jones Walker, LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, Alabama 36602
Phone: 251.439.7534
Fax: 251.439.7357
Email: Jwatkins@JonesWalker.com
*Attorney for Defendants*

[1]

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the aforementioned Document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 16th day of June, 2017 to the following:

**Joseph David Steadman, Jr.**
Jones Walker, LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, Alabama 36602
(251) 439-7534
Email: jsteadman@joneswalker.com

**Kirkland E. Reid**
Jones Walker, LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, Alabama 36602
(251) 439-7513
Email: kreid@joneswalker.com

**Jason R. Watkins**
Jones Walker, LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, Alabama 36602
(251) 439-7510
Email: Jwatkins@joneswalker.com

/s/*L. Landis Sexton*
**L. LANDIS SEXTON**
**BPR # AL-5057N71L**
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.819.4032 f
LLS@ADA-Firm.com
*Attorney for the Plaintiffs*

[2]