# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| PATRICK DUNN, HOPE ELLY, and CHRISTOPHER THORNTON,       Plaintiffs, <br><br> v. <br><br> TANGER PROPERTIES LIMITED PARTNERSHIP, and COROC/RIVIERA, LLC,       Defendants. | CIVIL ACTION NO. <br><br> 1:16-cv-00534-CG-M |

## JOINT MOTION FOR ADDITIONAL TIME TO FINALIZE TERMS OF SETTLEMENT AGREEMENT

Plaintiffs Patrick Dunn, Hope Elly, and Christopher Thornton, and Defendants Tanger Properties Limited Partnership and Coroc/Riviera, LLC, hereby respectfully request an additional thirty (30) more days to finalize the terms of the settlement agreement.

Submitted this 8th day of August, 2017.

| | |
|---|---|
| */s/ L. Landis Sexton (w/permission)* | */s/ Jason R. Watkins* |
| **L. Landis Sexton** | **Jason R. Watkins** |
| **BPR # AL-5057N71L** | O'Hara Watkins, LLC |
| ADA Group LLC | 1307 Main Street |
| 4001 Carmichael Road, Suite 570 | Daphne, AL 36526 |
| Montgomery, Alabama 36106 | Phone: 251.414.7779 |
| 334.819.4030 p | Email: Jwatkins@oharawatkins.com |
| LLS@ADA-Firm.com | *Attorney for Defendants* |
| *Attorney for the Plaintiffs* | |

[1]

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the aforementioned Document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 8th day of August, 2017 to the following:

**L. LANDIS SEXTON**
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.819.4032 f
LLS@ADA-Firm.com
*Attorney for the Plaintiffs*

*/s/Jason R. Watkins*
*JASON R. WATKINS*

[2]